UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

MARY A. TRAIN,                                        No. 12-11686

Debtor(s).
_____/

Memorandum and Order
_____

      The debtor in this Chapter 13 case has died.  Her sole heir has applied to the court for an order allowing the case to proceed, waiving the requirement of completion of a financial management class and allowing him to make the certifications a debtor needs to make before entry of a discharge.

      The court has previously denied similar relief where heirs sought to modify a plan or receive an early discharge after the death of a Chapter 13 debtor.  *In re Hennessy,* 2013 WL 3939886 (Bkrtcy. N.D. Cal. 2013).  The court sees this case somewhat differently, in that no modification of the confirmed plan is sought.  The court notes that the motion has been fully noticed and there are no objections.  Accordingly, IT IS ORDERED as follows:

      1.  The relief stated in the first paragraph above is granted.

      2.  This order is void in the event that a motion is made by the debtor's heirs to modify the plan, seek an early discharge, or convert the case to another chapter.

Dated:  July 7, 2016

Alan Jaroslovsky
U.S. Bankruptcy Judge